# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

WESTFIELD INSURANCE COMPANY,
One Park Circle
Westfield Center, Ohio 44251,

       Plaintiff,

Case No.: 3:25-cv-227

v.

CHERVON NORTH AMERICA, INC.,
1203 E. Warenville Road
Naperville, IL 60563,

       Defendant.

## COMPLAINT

Plaintiff, Westfield Insurance Company, for its complaint against the above-named defendant, states:

### JURISDICTION

1. The Subject Matter Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1332 as the plaintiff and the defendant are citizens of different states, are diverse parties and the amount in controversy exceeds $75,000.00.

2. Venue is proper in the Northern District of Indiana pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district and a substantial part of the property that is the subject of this action is situated in this district.

## PARTIES

3. Plaintiff, Westfield Insurance Company ("Westfield"), is a foreign company licensed to sell insurance in the State of Indiana. Westfield's principal place of business is located at One Park Circle, Westfield Center, Ohio 44251.

4. Defendant, Chervon North America, Inc. ("Chervon") is a foreign corporation with its principal place of business located at 1203 E. Warrenville Road, Naperville, IL 60563. Its registered agent for service of process in the State of Indiana is Incorporating Services, Ltd, 320 N Meridian Street, STE 817, Indianapolis, IN 46204.

## FACTS

5. All prior paragraphs are incorporated by reference.

6. On November 12, 2020, Ben Smucker ("Mr. Smucker") purchased a new EGO Power+ LB6504 Leaf Blower for use at his residence located at 508 Carter Rd, Goshen, IN 46526 (the "Residence").

7. Mr. Smucker purchased the product from Amazon.com.

8. The Purchase order that included the product was 113-5320990-9976263.

9. The product was sold under the brand EGO, which belongs to Chervon North America, Inc.

10. On November 13, 2023, Mr. Sucker's residence sustained extensive damage by a fire which originated at the EGO battery pack for the EGO leaf blower, due to a defect in the housing around the battery, which allowed the battery to corrode.

11. The damages caused by the fire to the home totaled $784,930.86 plus an additional $55,168.92 for two vehicles that were damaged.

12. Additionally, Mr. Smucker suffered the loss of a $1,000.00 deductible due to his policy of insurance, making the total damages $841,099.78.

13. At the time of the fire, Westfield had issued to Mr. Smucker, and there was in full force and effect, a policy of insurance which insured Mr. Smucker against the damages caused by the aforementioned fire. As required by the policy, Westfield paid to, or on behalf of, Mr. Smucker for the damages caused by the fire less any applicable deductible, and is subrogated to the rights of Mr. Smucker to the extent of its payments.

## FIRST CAUSE OF ACTION
## STRICT PRODUCT LIABILITY OF CHERVON NORTH AMERICA, INC.

14. All prior paragraphs are incorporated by reference.

15. Chervon North America, Inc. is in the business of manufacturing and selling battery packs of the type that started the fire at the Residence.

16. The EGO battery pack was manufactured and designed for use in outdoor settings, as it is used for a leaf blower.

17. The battery pack was in a defective condition when it left the control of Chervon.

18. The EGO battery pack started the fire because it was defectively designed, engineered and/or manufactured by Chervon.

19. The EGO battery pack was unreasonably dangerous to Mr. Smucker's property.

20. Chervon expected the EGO battery pack to, and it did, reach Mr. Smucker without substantial change in the condition in which it was sold and was used in the manner that was or should have been anticipated by Chervon.

21. The defective condition of the EGO battery pack caused the fire and the resulting damage to Mr. Smucker and Westfield.

## SECOND CAUSE OF ACTION
## NEGLIGENCE OF CHERVON NORTH AMERICA, INC.

22. All prior paragraphs are incorporated by reference.

23. Chervon owed Mr. Smucker a duty to use reasonable care in the design, engineering and manufacture of the EGO battery pack.

24. Chervon breached its duty to Mr. Smucker when it designed, engineered and/or manufactured the EGO battery pack.

25. Chervon's breach of its duty to Mr. Smucker was a cause of the fire and resulting damage.

### THIRD CAUSE OF ACTION
### FAILURE TO WARN OF CHERVON NORTH AMERICA, INC.

26. All prior paragraphs are incorporated by reference.

27. Chervon manufactured the EGO battery pack and placed it into the stream of commerce in a defective and unreasonably dangerous condition such that the foreseeable risks exceeded the benefits associated with the design of the product.

28. The EGO battery pack was defective due to the housing around the battery was not sealed properly, which allowed water and other elements to come into direct contact with the battery. The housing should have been properly sealed to the elements as this battery was intended to be used outside with a leaf blower.

29. Chervon knew or should have known the risk of not properly sealing the housing around the battery, allowing it to be exposed to the elements.

30. Chervon's negligent failure to warn was a direct and proximate cause of Mr. Smucker's damages.

## **JURY DEMAND**

Plaintiff, Westfield Insurance Company hereby demands that the above-captioned action be tried by a jury.

WHEREFORE, Westfield Insurance Company demands judgment against the defendant in an amount to be determined, plus prejudgment interest, all taxable costs and fees and all other just and equitable relief.

Dated this 14th day of March, 2025.

**YOST & BAILL, LLP**
*Attorneys for Plaintiff,*
Westfield Insurance Company

/s/ Teirney S. Christenson
Teirney S. Christenson
WI State Bar No.: 1056438
2675 North Mayfair Road
Suite 600
Milwaukee, WI 53226
Telephone: (414) 203-2054
Facsimile: (414) 259-0610
tchristenson@yostbaill.com